# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE PHOENIX SNOW GROUP, INC.                    NO.   2024 CW 0491

VERSUS

MIKE REULING AND GAYLE                    **AUGUST 23, 2024**
REULING

---

In Re:    Phoenix Snow Group, Inc. and Andrew Cutliff, applying
          for supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 202211374.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

                              **JMG**
                              **AHP**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT



_____
    DEPUTY CLERK OF COURT
       FOR THE COURT